PHILLIP A. TALBERT
United States Attorney
ROBERT J. ARTUZ
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>   v.<br><br>ADRIAN MANIUEL LEE,<br><br>                Defendant. | 2:17-po-00338-CKD<br><br>STIPULATION AND [Proposed] ORDER TO CONTINUE ARRAIGNMENT AND SET BENCH TRIAL<br><br>DATE: August 17, 2017<br>TIME: 9:30 a.m.<br>COURT: Hon. Carolyn K. Delaney |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for an Arraignment (Initial Appearance) on August 17, 2017.

2. By this stipulation, the parties jointly move to continue the Arraignment (Initial Appearance) to October 26, 2017, at 9:30 a.m. The parties also jointly move to set a Bench Trial for the same date and time.

///
///
///
///

IT IS SO STIPULATED.

Dated: August 15, 2017   PHILLIP A. TALBERT
United States Attorney

/s/ *Robert J. Artuz*
ROBERT J. ARTUZ
Special Assistant U.S. Attorney

Dated: August 15, 2017   /s/ *Linda C. Allison*
LINDA C. ALLISON
Counsel for Defendant
ADRIAN MANIUEL LEE

(*Approved via email 08/15/2017*)

**ORDER**

IT IS SO FOUND AND ORDERED

Dated: August 16, 2017

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE